IN THE SUPREME COURT OF THE STATE OF NEVADA

FOLAJI OLADIME AKINBAYODE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 85170

**FILED**

OCT 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Jerome M. Polaha, Senior Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) revealed a potential jurisdictional defect. Specifically, the notice of appeal appeared to be untimely filed under NRAP 4(b)(1) because it appeared that it was filed more than 30 days after the judgment of conviction was filed. *See* NRAP 4(b)(1)(A). Accordingly, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

Appellant has filed a response to this court's order to show cause wherein he concedes that the notice of appeal was filed "out of time." "[A]n untimely notice of appeal fails to vest jurisdiction in this court."

(O) 1947A

22-31533

*Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994).   Accordingly, this court lacks jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr.J.
Gibbons

cc:  Chief Judge, The Second Judicial District Court
     Hon. Jerome M. Polaha, Senior Judge
     Washoe County Public Defender
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.